No. 604. SKIBS, "A/S MARIE BAKKE," v. OTIS McALLISTER & Co. Motions of American President Lines, Ltd., Grace Line Inc., et al., and Lykes Bros. Steamship Co., Inc., et al. for leave to file briefs, as *amici curiae*, granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *Ira S. Lillick* and *Tom Killefer* for petitioner. *Lloyd M. Tweedt* for respondent. *William Garth Symmers, Frederick Fish* and *William Warner* for American President Lines, Ltd., *L. deGrove Potter* and *James McGarry* for Grace Line Inc., et al., and *Joseph M. Rault* for Lykes Bros. Steamship Co., Inc., et al., as *amici curiae*, in support of the petition.

No. 640. MISSOURI PACIFIC RAILROAD Co. v. JOHN DOE ET AL. St. Louis Court of Appeals of Missouri. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *George W. Holmes* for petitioner. *Harry H. Craig* and *J. T. Wiley, Jr.* for respondents.

No. 225, Misc. DEFILLO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioners *pro se*. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 304, Misc. McGUINN v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 306, Misc. NERWINSKI v. CAVELL, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.